IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 06 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| DUNBAR, ET AL., | CIVIL NO. 3:07cv00034 |
| Plaintiffs, | |
| v. | ORDER |
| APARTMENT INVESTMENTS AND MANAGEMENT COMPANY, ET AL., | |
| Defendants. | JUDGE NORMAN K. MOON |

This matter is before the Court on the parties' Stipulation of Dismissal. The parties represent that they have fully performed their respective obligations under the Settlement Agreement. Accordingly, as provided in the Settlement Agreement in this case, Plaintiffs' claims are hereby DISMISSED WITH PREJUDICE. Plaintiffs' claims not addressed by the Settlement Agreement and their claims for attorneys' fees shall be submitted to arbitration as provided in the Settlement Agreement. The Clerk of the Court is directed to TERMINATE this action and STRIKE it from the Court's active docket.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: This 6th Day of May, 2009.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE